IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 APR 26 PM 4:03
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

MILAN LUNA,

    Plaintiff,

-vs-              Case No. A-11-CA-985-SS

JUSTIN BERRY; TRACY ZIMMERMAN; ART ACEVEDO, as Chief of Police; and THE CITY OF AUSTIN,
    Defendants.

## JUDGMENT ON SANCTIONS

BE IT REMEMBERED this case was dismissed on March 11, 2013, and on this day the Court entered an order, granting in part Defendants' Motion for Attorney's Fees [#47], and therefore now enters the following:

  IT IS ORDERED, ADJUDGED, and DECREED that Defendants Justin Berry, Tracy Zimmerman, Art Acevedo, and the City of Austin have judgment against Plaintiff Milan Luna for SEVEN HUNDRED AND FIFTY DOLLARS ($750), for which let execution issue;

  IT IS FINALLY ORDERED, ADJUDGED, and DECREED that Defendants Justin Berry, Tracy Zimmerman, Art Acevedo, and the City of Austin have judgment against Luna's counsel, Jeffrey S. Kelly, for SEVEN HUNDRED AND FIFTY DOLLARS ($750), for which let execution issue.

SIGNED this the 26th day of April 2013.

            /s/ Sam Sparks
            SAM SPARKS
            UNITED STATES DISTRICT JUDGE

985 jdgmt jih.frm